UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Manuel Alejandro ARZOLA-Campos,<br><br>Defendant(s) | Magistrate Case No.<br><br>'08 MJ 2692<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

FILED 2008 SEP -2 PM 12:00

The undersigned complainant, being duly sworn, states:

On or about **August 29, 2008,** within the Southern District of California, defendant **Manuel Alejandro ARZOLA-Campos** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Sonia VASQUEZ-Juarez, Jesus RODRIGUEZ-Hernandez, and Analinda HERNANDEZ-Torres** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **2ⁿᵈ** DAY OF **SEPTEMBER, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Sonia VASQUEZ-Juarez, Jesus RODRIGUEZ-Hernandez,** and **Analinda HERNANDEZ-Torres** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 29, 2008, Border Patrol Agent S. Gandre was conducting his assigned roving patrol duties on the Interstate-15 freeway near Rainbow, California. At approximately 7:00 P.M., Agent Gandre noticed a late model Nissan Sentra with paper plates and very dark window tint drive past him in the number three lane. Agent Gandre continued to observe the vehicle as it headed northbound on I-15 and was able to observe the driver and a front seat passenger. Agent Gandre also noticed the rear of the vehicle appeared to be riding low, indicating a lot of weight in the trunk or rear passenger area.

After following the vehicle for about two miles, Agent Gandre observed the vehicle make abrupt and unwarranted lane changes. At this time, Agent Gandre contacted Border Patrol Agent K. Martinez, who was driving a marked Border Patrol Sedan on I-15, and asked him for assistance with the Nissan.

As the Nissan approached the position of Agent Martinez in the marked Border Patrol Sedan, the driver unexpectedly slowed below the normal speed of traffic and positioned the Nissan directly behind the marked Border Patrol sedan. Agent K. Martinez slowed the sedan in an attempt to let the Nissan pass him, but the Nissan would not pass the Border Patrol sedan. Agent K. Martinez then pulled onto the shoulder of the highway to let the Nissan pass. As the Nissan passed, Agent Gandre, who was still behind the Nissan, noticed the heads of two people pop up from the rear passenger area of the vehicle. Agent K. Martinez then activated his emergency lights and siren in order to conduct a vehicle stop on the Nissan. The Nissan yielded on the side of the interstate without incident.

Agent K. Martinez approached the passenger side of the vehicle, identified himself as a United States Border Patrol Agent and queried the driver, later identified as the defendant, **Manuel Alejandro ARZOLA-Campos**, as to his immigration status. The driver stated that he is a United States citizen. Agent Martinez then questioned the front seat passenger as to his citizenship and immigration status. At the same time, Agent Gandre approached the vehicle, identified himself as a Border Patrol Agent, and questioned the two females in the rear passenger area as to their citizenship and immigration status. All three passengers admitted to being citizens and nationals of Mexico without the proper immigration documentation to enter or remain in the United States legally. At 6:45 P.M., Agent Martinez and Agent Gandre placed all four individuals under arrest and they were transported to the Murrieta Border Patrol Station for processing.

## DEFENDANT STATEMENT (Manuel Alejandro ARZOLA-Campos):

The defendant was advised of his Miranda Rights and indicated that he understood his rights and was willing to make a statement without an attorney present. The defendant stated that he is a citizen and national of the United States.

Relating to the smuggling event, **ARZOLA** stated that while on a trip to Mexico, he was contacted by his employers and told to pick up three undocumented aliens in San Ysidro, California. **ARZOLA** stated that on August 29, 2008, he met with three undocumented aliens in a parking lot three blocks from the San Ysidro Port of Entry. **ARZOLA** stated that he was contacted by an unknown person and notified that the Border Patrol Checkpoint was non-operational. **ARZOLA** stated he did not know the names of his employers but

**CONTINUATION OF COMPLAINT:**
Manuel Alejandro ARZOLA-Campos

that they knew him and what he was driving. **ARZOLA** stated that after passing the checkpoint, he would be told where to meet his employers and would then be paid $150.00 U.S. dollars per person smuggled.

## MATERIAL WITNESSES STATEMENTS:

Material Witnesses Sonia VASQUEZ-Juarez, Jesus RODRIGUEZ-Hernandez, and Analinda HERNANDEZ-Torres stated that they are citizens and nationals of Mexico illegally present in the United States. They stated that they did not have any immigration documents allowing them to be in the United States legally. They stated that arrangements had been made by family members to be smuggled into the United States. Material witnesses RODRIGUEZ and HERNANDEZ stated that they were to pay $4,000.00 U.S. dollars to be smuggled to Washington State. VASQUEZ was to pay an unknown amount to be smuggled to Washington State. All the material witnesses stated they were driven through the San Ysidro Port of Entry. When shown a photographic lineup, all material witnesses were able to identify **ARZOLA** as the driver of the vehicle they were transferred into after crossing the border.

Executed on August 30, 2008, at 9:30 A.M.

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 08/29/2008, in violation of Title 8, United States Code, Section 1324.

Leo S. Papas
United States Magistrate Judge

8/30/08 - 1155am
Date/Time